| STATEMENT OF SMALL CLAIM AND NOTICE | DOCKET NO. (For Court Use Only) 2158SC0666 | Trial Court of Massachusetts Small Claims Session | Massachusetts Court System efile |
|---|---|---|---|

**NOTICE TO PLAINTIFF:** You may file your small claim only in the court for the area where either the plaintiff or the defendant lives or has a place of business or employment. A small claim against a landlord arising from the rental of an apartment may also be brought where the apartment is located. You may find it easier to enforce a decision in your favor if you bring your small claim where the defendant lives or works, but you are not required to do so.

**COURT DIVISION WHERE THE PLAINTIFF IS FILING THIS CLAIM** (Select Only One Court):

BMC:
District: Plymouth District Court - 52 Obery St., Plymouth, MA 02063
Housing:

**PLAINTIFF INFORMATION:** The person filing the claim is the plaintiff.

Pltf. Name: Elizabeth Lawless
Address: 763 Tuckers Lane
City/State/Zip: Hingham, MA 02043
Phone No.: 781-579-1772

**PLAINTIFF'S ATTORNEY** (if any)

Atty. Name: N/A - still fighting the good fight so there!
Address:
City/State/Zip:
Phone No.:
BBO NO.:

**DEFENDANT(S) INFORMATION:** The person or corporation being sued is the defendant. If you are suing a company which is not a corporation, you should name the owner(s) doing business as the named company as the defendant; the names of the owner(s) can be obtained from the City or Town Clerk where the company's offices are located. If you are suing a company which is a corporation, you must have the exact legal name. You can find this information from the Corporate Records Division of the Secretary of State's Office, One Ashburton Place, Room 1712, Boston, MA 02108.

Def. #1 Name: Ally Financial / Ally Financial Auto Division
Address: 100 Virginia Drive
City/State/Zip: Fort Washington, Pennsylvania, 19034
Phone No.:

Def. #2 Name: N/A
Address:
City/State/Zip:
Phone No.:

**PLAINTIFF'S CLAIM:** Fill in below the amount you are suing for and briefly explain your claim. State your claim clearly so the defendant can understand why he or she is being sued. Give the date of the event that is the basis of your claim. Fill in as "costs" the amount of the filing fee. The Plaintiff claims that the Defendant(s) OWE _____ plus _____ court costs for the following reasons:

See attached "Small Claim Pertinent Facts Sheet," "Summary of Facts," Small Claim Worksheet, 5-letters July 2021 - Ally Financial, E. Lawless "Cease + desist" (1 of 2) et al.

#NEED THIS EXPEDITED TO ALLY FINANCIAL AUTO CONV. AUCTION LOT UNDER A CEASE + DESIST

(accts record online accts E.L. will bring to court w/ bogus A.F. accts Sheet sent past 8 yrs + illegal repossession)

SIGNATURE OF PLAINTIFF: X Elizabeth M. Lawless     DATE 10/06/2021

**MEDIATION:** Mediation of this claim may be available if both parties agree to discuss the matter with a mediator, who will assist the parties in trying to resolve the dispute on mutually agreed to terms. The plaintiff must notify the court if he or she desires mediation; the defendant may consent to mediation on the trial date. The plaintiff is willing to attempt to settle this claim through mediation: ☐ YES ☒ NO

TOO LATE FOR THIS 2 mths w/o work vehicle

**MILITARY AFFIDAVIT:** The plaintiff states under the pains and penalties of perjury that the:

☒ above defendant(s) is (are) not serving in the military and at present live(s) or works at the above address.
☐ above defendant(s) is (are) serving in the military.
☐ I am unsure if the above defendant(s) is (are) in the military.

SIGNATURE OF PLAINTIFF: X _____     DATE: 10/06/2021

**INSTRUCTIONS TO PLAINTIFF:** "By E-Filing this form, which includes the military affidavit, you certify that the above information is true and accurate. By completing this form, together with a payment of the filing fee, the form will be sent to the court electronically. If you do not know where to file your Small Claims case visit: www.mass.gov/courthouse-locator. If a claim arises out of plaintiff's trade or commerce, or for assigned debt, you may be required to complete and file a "Verification of Defendant's Address" form."

Efile: 6/5/2018     www.mass.gov/courts     10/06/2021 6:41 PM

EXHIBIT B



# SMALL CLAIMS COURT WORKSHEET
## Prepared on: September 24, 2021

**PLAINTIFF INFORMATION.** The person who will be completing the forms used to file suit in small claims court will need to know some personal information about the person or party who is making the claim and bringing the lawsuit ("Plaintiff"), including name, address, and county of residence.

| | |
|---|---|
| Plaintiff's Name: | Elizabeth Lawless |
| Address: | 1403 Tuckers Lane |
| | Hingham, Massachusetts 02043 |
| County: | Plymouth |
| Plaintiff's Status: | Adult |

**DEFENDANT INFORMATION.** The person who will be completing the forms used to file suit in small claims court will need to know some personal information about the party a claim is being made against ("Defendant"), including name, address, and county of residence.

| | |
|---|---|
| Defendant's Name: | Ally Financial |
| Doing business as: | Ally Financial Auto Division |
| Address: | 1100 Virginia Drive |
| | Port Washington, Pennsylvania 19034 |
| County: | Montgomery |
| Defendant's Status: | Corporation |

## SMALL CLAIMS COURT SUITABILITY

1. *Settlement Attempts.* Multiple Calls, online letters for two years, legal certified letters, three lump sum offers even after
Their fraud so I could just
Hold onto the car all refused

2. *Demand.* A "demand letter", or substitute method, was given to the Defendant on: June 15, 2017.

    Response: They locked me out of my online account to get my written documents of payment and they refused for the next two years to give me my payment sheets from the Ally Bank for two years until after they seized my Jeep during Covid they began so I could not take them to court. Then due to a personal matter when courts opened I

This is a RocketLawyer.com document.

EXHIBIT B

was delayed but made 3 lump sum offers 5500.00 6500.00 7500.00 and I was refused to a thousand dollars more each time until I called allayed who said ride out Covid send no more money you don't know where it's going now and take them to small claims court.

3. *Ability to Collect from the Defendant.* The likelihood that the Defendant is able to pay the judgment amount, if obtained, is: Excellent because I want my car back debt free for all of the fraud and my loss of car and income as a sole car in our home and had to refuse two new jobs at 75k after they took it and they did that illegally without bank papers signed the tow company was taking it and from a private property. They locked my car to their tow and when I asked for papers they had none they have me. I refused to give him my keys he wouldn't unlock my car I asked him to call his company for paperwork he lied and said he did not need it. When I said I'm calling the police he said they made them aware the car was here and I was scared and intimidated he began threatening me in front of my condo building so I gave him the key ; bullying and harassment

4. *Statute of Limitation; Type of Claim.* The incident/due date/breach of obligation which gave rise to the claim occurred on: July 14, 2017.

## DAMAGES

1. *Damages.* The amount of the claim is as follows:

   Loss of car loss of income intentional infliction of emotional distress as a sole car in our far
   Total:                          $27,000.00

   **Total Damages:**              $27,000.00

2. Maximum: The maximum claim allowed in Small Claims Court in Massachusetts is $7000.

## LIABILITY

The Defendant is legally liable for the claim for the following reason(s):

CONTRACT CLAIM. The Defendant breached a valid contract. The contract was: written and it provided that: I paid monthly 307.00

The "consideration" for the contract was The Plaintiff over charged me several months and refused to credit my account and send my billing statements and also froze my online account and when I called at least a hundred times and reported it online NO ONE called back from customer services or bulking. One man said " yes I see you do have an issue with the bank over some of these payments but it's too late now they threw you into repossession!"

This is a RocketLawyer.com document.

EXHIBIT B

The Defendant breached the contract by: As stated in prior statement plus the damages to quality of life and hardship for day to day life. They as well I am sure did damages to my newly totally done over Jeep they seized and sent 1 week earlier to auction when they heard I was seeing them and sending a second cease and desist the first was in 2018 Spring to no avail just letters claiming I was in the wrong escalating to take my vehicle with no remedy as stated even lump sums it was truly abhorrent and deceptive business practices. Now I have a sheet after getting the Vice Presidents I believe, admin and it doesn't have the banks name On it and it's random numbers on what looks like a plain 81/2-11 sheet of paper !! Two months without a vehicle my blood pressure has skyrocketed it's effected my health greatly this extra stressor of even having to cancel my insurance and losing my plates I loved.

INTENTIONAL CONDUCT. The Defendant owes damages to the Plaintiff because the Defendant intentionally: As stated in above

STATUTORY RIGHT. The law provides the Plaintiff with the right to They refused to let me see my balance sheet and payments in accounting in 3 manners ; customer service calls, online and by sending these sheets via mail because they were lies and I would not pay after I did pay double bill sorry 307x2 total 614.0" three times once even 700 + ! It was outrageous I lost money for my pilgrimage to Israel on the way to the airport after double paying I got a voicemail if I did not pay 720.00 I believe it was they would take my car when I had just gotten confirmation and paid via money gram to settle all before going away ! I lost all of Galilee northern Israel due to this and I wanted my whole life to go and will never be back more than likely. I literally stopped at the North station CVS and did a money gram on the spot and it was confirmed The Defendant has violated that right of the Plaintiff by I. The Fair Debt Collection Practices Act (FDCPA) (15 USC 1692 et seq.), which became effective in March 1978, was designed to eliminate abusive, deceptive, and unfair debt collection practices. ...

II. The Fair Debt Collection Practices Act prohibits debt collectors from using any harassing or abusive practices in an attempt to collect the debt. ...

III. "Rights of Defaulting Buyer under the Massachusetts Motor Vehicle Installment Sales Act," before a repossession.

## PROCEDURE

1. *Where to File.* The event which gave rise to this claim occurred in Plymouth County, Massachusetts.

   The Defendant lives/operates a business in Montgomery County, Pennsylvania.

   The claim should be filed in Plymouth County, Massachusetts.

   The Small Claims Court Clerk's office is located at:

*[Stamp: DIST. COURT DEPT. HINGHAM DIVISION 2021 OCT 12 AM 11:11]*

Elizabeth Lawless
1403 Tuckers Lane
Hingham, Massachusetts 02043
857-654-3972

July 28, 2021

Ally Financial Auto
P.O. Box 380903
Bloomington, Minnesota 55438-0903
877-845-8862

**RE:** Cease & Desist from Harassment

Dear Ally Financial Auto:

I am writing you this letter to document a period of harassment I received from you starting April 05, 2019. Such conduct has caused me to suffer severe humiliation, embarrassment, emotional distress, and physical discomfort.

DEBT HARASSMENT

I was double charge on my car payment three times between April 5,2019 and July 2019 then refused my account information and payments and blocked from my online account to get this Information

Then once I have information to Ally Financial Auto they adjusted to feaudulaemfly say they returned the monies by western Union as I paid cash for the July 2019 and I knew it was fraud because it was a CVS.

I had confirmed twice that Ally Auto cannot credit visa vie electronic transfer money gram or western Union amd the destination would have been a commercial business vendor

And even at that they did not return the whole 783.00 dollars only a half Fraudulent amount this was the last straw I filed with the fraud department and they never flagged my account fraud so when it hit my credit report I could not get inquiry and off my credit report

I filed with the AG office and their consumer ethics third party reporter for issues MAVIS not response back for months either here just pushing threatening to repossess for a few months then COVID hit and they took my car

They said Inwould have 20 days to get it back with fees they took it last Friday the tow yard is closed for weekends and they called and had them send it to auction in just 2 days

*Handwritten margin notes:* 1 of cease and desist 2nd send by lawyer to company Ally to do: Fix tow to stop to auction Ally coverup nearly business

This is a RocketLawyer.com document.

EXHIBIT B

Unprecedented !

I demand that you cease and desist from this activity as soon as possible and, in any event, within 1 days from your receipt of this letter. If action is not taken by you to cease and desist within the given time frame, I will have no choice but to take appropriate legal action against you.

Sincerely,

_____
Elizabeth Lawless

Enclosure:

Account Fraud on Payment History - embezzling funds

# ally.

P.O. Box 380902
Bloomington, MN  55438-0902

Elizabeth Lawless
1403 Tuckers Ln
Hingham, MA  02043-1555

July 28, 2021

Agreement #: ████4851
Vehicle: 2012 JEEP LIBERTY
VIN: 1C4PJMAK9CW164853

Dear Elizabeth Lawless:

I have enclosed a payment history for your account as you requested. If you have any further questions, please do not hesitate to call the toll free number listed below.

Thank you for financing with Ally Financial.

Sincerely,
Ally Financial
888-925-ALLY (2559)

Attachment



Handwritten annotations:
(4) "The payment history" was not on [break?] head.
(3) 7/23/21 already photograph of our letter signature... fraud
5 days after they did not comply for 1.5 years for my online payment history to be unlocked to print + view. And 20+ calls, cease + desist debt harassment letters they refused to stop sending acts paid + any kept demanding more money than my monthly payment should
(1) I heard just in past 3 months Ally had a breach on banking side
(2) This inability to comply tells me they either did not have access or tech crashed (records)

1394RL FCH2

EXHIBIT B



P.O. Box 380903
Bloomington, MN 55438-0903
877-845-8862

July 23, 2021

Elizabeth Lawless
Jessica Lawless
1403 Tuckers Ln
Hingham, MA 02043-1555

## NOTICE OF OUR PLAN TO SELL PROPERTY

Subject : Agreement Number ███████4851

We have your vehicle a 2012 JEEP LIBERTY with VIN 1C4PJMAK9CW164853, because you broke promises in our agreement.

We will sell your vehicle at private sale sometime after August 12, 2021. A sale could include a lease. The vehicle sale may be delayed or postponed depending on your state or local government's emergency orders related to the COVID-19 pandemic.

The fair market value of your vehicle will be used to reduce the amount you owe, which is your outstanding balance plus the reasonable costs of repossessing and selling the vehicle. If the fair market value of your vehicle is less than you owe, you will still owe us the difference. If the fair market value of your vehicle is more than you owe, you will get the extra money, unless we must pay it to someone else.

You can get the property back at any time before we sell it by paying us the full amount you owe (not just the past due payments), including our expenses. To learn the exact amount you must pay, call us at the telephone number at the top of this letter.

If you want us to explain to you in writing how we have figured the amount that you owe us, you may call us at the telephone number at the top of this letter or write us at the address at the top of this letter and request a written explanation.

If you need more information about the sale, call us at the telephone number at the top of this letter, or write us at the address at the top of this letter.

We are sending this notice to the following other people who have an interest in your vehicle or who owe money under your agreement:

None

1427PREPO0

EXHIBIT B